# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                    Case No.  5:17po52/EMT

EMILY R. COX

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on   April 7, 2017

Type of Motion/Pleading: Motion to Dismiss

Filed by:  Government     on 4/6/17     ECF No.   4

( )    Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ ECF No.#_____

                             JESSICA LYUBLANOVITS, CLERK OF
                             COURT

                             */s/ Teresa Milstead*
                             Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 7th day of April 2017, that:

The requested relief is **GRANTED**.  The initial appearance presently scheduled for April 11, 2017, is hereby cancelled, and this case is closed and dismissed.

                           */s/ Elizabeth M. Timothy*
                           **ELIZABETH M. TIMOTHY**
                           **CHIEF UNITED STATES MAGISTRATE JUDGE**